Action by Albert W. De Long against Simon Uhlfelder and another. M. M. Menken, for appellant. M. D. Steuer, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

In re DENNIS. (Supreme Court, Appellate Division, First Department. March 11, 1910.) In the matter of Moses F. Dennis, as executor, etc., of Van Wyck Horton, deceased. No opinion. Decree affirmed, with costs. Order filed.

DERAISMES HOSE CO. NO. 1, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by the Deraismes Hose Company No. 1 against the City of New York.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that, if the defendant is liable at all, such liability did not arise for a period prior to about the 1st of October, 1902, and that the proof as to the quantity of material furnished and the reasonable price thereof during that time is too vague and indefinite to base any judgment thereon. See, also, 127 App. Div. 927, 111 N. Y. Supp. 1116; 129 App. Div. 917, 114 N. Y. Supp. 1124.

DEVINE, Appellant, v. COLLINS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by Margaret Devine against Ellen Collins. No opinion. Judgment affirmed, with all costs.

DEVITT, Respondent, v. LANE, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by James J. Devitt against John Lane. T. Smith, for appellant. L. Loewenstein, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DIMON, Respondent, v. WHITCOMB, Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Charles L. Dimon against G. Henry Whitcomb. A. F. Cushman, for appellant. C. H. Studin, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DISTRICT NO. 1, INDEPENDENT ORDER B'NAI B'RITH, v. GOLDSTEIN et al. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by the District No. 1, Independent Order B'nai B'rith, against Sarah Goldstein, impleaded with Dwight W. De Motte, as trustee. F. E. M. Bullowa, for appellant. C. L. Cohn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DOWNES, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Mary Downes against the City of New York. I. N. Miller, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

DRAPER v. INTERBOROUGH RAPID TRANSIT CO. et al. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Appeal from Trial Term, New York County. Action by Sarah A. Draper, administratrix, against the Interborough Rapid Transit Company and another. From a judgment for plaintiff, and orders denying motions to dismiss the complaint and for a new trial, and granting a motion for an extra allowance, defendants appeal. Affirmed as to the mentioned defendant, on condition that remittitur be made; reversed, and new trial ordered as to the other defendant. Lemuel E. Quigg, for appellants. Roger Foster, for respondent.

PER CURIAM. Judgment and order against the Rapid Transit Subway Construction Company reversed, upon the ground that the verdict is against the weight of evidence, and a new trial is ordered, with costs to the appellant to abide the event. Judgment and order against the Interborough Rapid Transit Company reversed, and a new trial ordered, unless plaintiff stipulates to reduce recovery to $15,000, in which case the judgment against the Interborough Rapid Transit Company, as so reduced, is affirmed, without costs on this appeal. This not being a proper case for an extra allowance, the extra allowance is stricken out.

McLAUGHLIN, J., dissents as to the Interborough Rapid Transit Company, on the ground that the judgment should be reversed, and a new trial ordered.

EARLY v. MUNDAY. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by Joseph N. Early against Thomas E. Munday. No opinion. Motion to dismiss appeal denied. Order filed.

EDISON et al., Respondents, v. NEW YORK PHONOGRAPH CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Thomas A. Edison and others against the New York Phonograph Company and others. No opinion. Motion to vacate order of January 26, 1910, denied, without costs.

ENGEL v. MARYLAND CASUALTY CO. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Simon Engel against the Maryland Casualty Company. No opinion. Application for leave to appeal from Appellate Term denied, with $10 costs. Order signed.

ERTSAAS, Respondent, v. DREAMLAND et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 18, 1910.) Action by Paul C. Ertsaas against Dreamland